UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

DAVID BRYAN WINTERS,

    Petitioner,

v.

DIRECTOR, TDCJ-CID,

    Respondent.

No. 1:22-CV-0007-H

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that the petition for writ of habeas corpus is dismissed with prejudice.

Dated October 11, 2022.

_____
JAMES WESLEY HENDRIX
United States District Judge